PARKISON, Appellant, v. PARKISON, Respondent

(34 N. W.2d 176.)

(File No. 8984.  Opinion filed October 11, 1948.)

**Thos. G. Wall,** of Sturgis, for Plaintiff and Appellant.

**C. P. Cooper,** of Lead, for Defendant and Respondent.

PER CURIAM.

Finding no prejudicial error in the record, the judgment and order appealed from are affirmed.

All the Judges concur.